UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Kathryn Youker, et al.

Plaintiff,

v.  Case No.: 1:16−cv−06815
Honorable Rebecca R. Pallmeyer

Robert G. Strnad MD LTD, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 18, 2017:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 1/18/2017. On Plaintiff's oral motion, the above cause is dismissed without prejudice. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.